## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01736-EWN-MJW

MATTHEW DENNING,

       Plaintiff,

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, an Indiana limited liability company,

       Defendant.

---

### RETURN OF SERVICE
_____

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **August 15, 2008 at 1:22 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Kim Lawrence, an employee of Irvin A. Borenstein, Esq., as registered agent for Premiere Credit of North America, LLC, at 3025 S. Parker Road, Suite 711, Aurora, CO, 80014.

Fee for Service of Process:  $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

                                                               _s/ John D. Larson_____
                                                               John D. Larson
                                                               405 S. Cascade Avenue Ste 305
                                                               Colorado Springs, CO 80903

Subscribed and sworn to before me this __16th__ day of August, 2008.

_s/ Derek Kruse_____
Notary Public                                                    My Commission Expires: __6/25/2011__