IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01736-EWN-MJW

MATTHEW DENNING,

Plaintiff(s),

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 11) is GRANTED. The written Stipulated Protective Order (docket no. 11-2) is APPROVED and made an Order of Court.

Date: October 28, 2008