IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01736-CMA-MJW

MATTHEW DENNING,

Plaintiff(s),

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, et al.,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to File First Amended Complaint and Jury Demand, DN 19, filed with the Court on November 5, 2008, is GRANTED and the First Amended Complaint and Demand is accepted for filing as of the date of this order.

Date: November 6, 2008