IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01736-CMA-MJW

MATTHEW DENNING,

Plaintiff(s),

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Strike Defendants' Discovery Requests or in the Alternative for an Extension of Time for Plaintiff to Respond to Defendants' Discovery Requests (docket no. 33) is GRANTED IN PART AND DENIED IN PART. The motion (docket no. 33) is DENIED as to striking Defendants' discovery requests. The motion (docket no. 33) is GRANTED in extending the time for Plaintiff to respond to Defendants' discovery requests. Plaintiff shall have up to and including May 15, 2009, to respond to Defendants' discovery requests. Each party shall pay their own attorney fees and costs for this motion.

Date: April 28, 2009