IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No.: 08-cv-01736-CMA-MJW

MATTHEW DENNING,

      Plaintiff,

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC, an Indiana limited liability company,
LORI HAWKINS, and
WILLIAM SEARLE,

      Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. # 66). Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, the Court hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorney's fees and costs.

DATED:  August   17  , 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge